**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Linda W. Manies
    Bankruptcy Case No. 1-05-02702
    Unclaimed Funds For: Bank of America
                        PO Box 2278
                        Norfold VA 23501-2278

Dear Clerk:

Enclosed herewith please find check No.781453 for $2,282.35 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

    Very truly yours,

    *Carol A. Kreider*

    Carol A. Kreider
    Funds Manager

FILED
WILKES-BARRE PA
2010 AUG 13 AM 11:52
CLERK
U.S. BANKRUPTCY COURT

Case 1:05-bk-02702-MDF    Doc 44    Filed 08/13/10    Entered 08/13/10 15:02:43    Desc